IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-CR-113-WKW |
| | ) | |
| WAYNE WARE and JAMES STEINER | ) | |

## ORDER

On January 29, 2010, the Magistrate Judge filed a Recommendation in this case. (Doc. # 57.) Defendants Wayne Ware and James Steiner (collectively "Defendants") filed objections to the Recommendation on February 11, 2010. (Doc. # 58.) Upon an independent and *de novo* review of those portions of the Recommendation to which objections were made, 28 U.S.C. § 636(b)(1), it is ORDERED as follows:

1. Defendants' objections (Doc. # 58) are OVERRULED.

2. The Recommendation (Doc. # 57) is ADOPTED.

3. Defendants Amended Motions for Free Transcript (Docs. # 54, 55) are GRANTED, subject to the conditions set forth in the Recommendation,[1] and the original motions (Docs. # 50, 51) are DENIED as MOOT.

DONE this 26th day of February, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Defendants has requested a total of one copy of the transcript. (Doc. # 58, ¶ 9.)